Yosef Peretz (SBN 209288)
yperetz@peretzlaw.com
Ruth L. Israely (SBN 289586)
risraely@peretzlaw.com
PERETZ & ASSOCIATES
22 Battery Street, Suite 200
San Francisco, CA 94111
Telephone: (415) 732-3777
Facsimile:  (415) 732-3791

Jean Hyams (SBN 144425)
jean@levyvinick.com
Sharon Vinick (SBN 129914)
sharon@levyvinick.comd
LEVY VINICK BURRELL HYAMS LLP
180 Grand Avenue, Suite 1300
Oakland, CA 94612
Telephone: (510) 318-7700
Facsimile: (510) 318-701

Attorneys for Plaintiffs

Eamon Jafari (SBN 294952)
jafari@barringtonlegal.com
Jacob R. Gould (SBN 295361)
gould@barringtonlegal.com
Barrington Legal, Inc.
11601 Wilshire Blvd., Suite 500
Los Angeles, CA 90025
Telephone: (310) 231-8755
Fax: (800) 376-9719

Attorneys for Defendant FREEDOM WEST HOMES, INC.

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EILIEEN BROWN, *et al.* <br><br> Plaintiffs, <br><br> vs. <br><br> FREEDOM WEST HOMES, INC., *et al.* <br><br> Defendants. | Case No. 3:15-cv-04874 <br><br> **[P~~ROPO~~SED] ORDER RE: STIPULATION TO SET SCHEDULE FOR MOTION TO DISMISS** |

PURSUANT TO STIPULATION submitted by Plaintiffs EILEEN BROWN, PRENTISS BELTON, MICHELLE HARRIS, EVELYN JONES-MACGLAUN, ETHEL BENSON, KEISHA FINLEY, KEISHA JONES, DOROTHA GRAHAM, BARBARA KERLEGAN, CORINNE HARPER, DEENA PERKINS, LESSIE BROWN, SABRINA PARISH, ELLYN GINDEN-COOPER, TANYA TWYMAN, ZELPHIA CONNOR, ANTOINETTE BLUE and LASHAWN JEFFRIES ("Plaintiffs") and Defendant FREEDOM WEST HOMES, INC. ("FWH"), IT IS SO ORDERED as follows:

(1) Plaintiffs shall file and serve its opposition to Defendant's motion to dismiss on or before January 4, 2016;

(2) FWH shall file and serve its reply in support of the motion to dismiss on or before January 19, 2016.

DATED: December __23__, 2015



_____

IT IS SO ORDERED
Judge Edward M. Chen