Gary E. Devlin (SBN 210517)
gdevlin@hinshawlaw.com
HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
Telephone:  310-909-8000
Facsimile:   310-909-8001

Attorneys for Defendant
ANASON WON PAK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EILEEN BROWN; PRENTISS BELTON; MICHELLE HARRIS; EVELYN JONES-MACGLAUN; ETHEL BENSON; KEISHA FINLEY; KEISHA JONES; DOROTHA GRAHAM; BARBARA KERLEGAN; CORINNE HARPER; DEENA PERKING; LESSIE BROWN; SABRINA PARISH; ELLYN GINDEN-COOPER; TANYA TWYMAN; ZELPHIA CONNER; ANTOINETTE BLUE; and LASHAWN JEFFRIES,<br><br>Plaintiffs,<br><br>vs.<br><br>FREEDOM WEST HOMES, INC.; ALTON MANAGEMENT CORPORATION; WILLIAM HUTTON; RAYMOND BROWN; ANASON WON PAK; and DOES 1-50,,<br><br>Defendants. | Case No. 15-CV-04874-EMC<br><br>(Honorable Edward M. Chen, Courtroom 5)<br><br>**[PROPOSED] ORDER SETTING ASIDE ENTRY OF DEFAULT AGAINST DEFENDANT ANASON WON PAK**<br><br>Complaint Filed:  October 22, 2015 |

GOOD CAUSE APPEARING, the Court hereby orders as follows:

1. The Default requested and entered against Defendant Anason Won Pak on or about January 22, 2016, shall be withdrawn and set aside;

2. Defendant Anason Won Pak's responsive pleading(s) to Plaintiffs' forthcoming Amended Complaint, shall be filed within fourteen (14) days after service of the Amended Complaint upon counsel, as required per F.R.C.P. 15; and

3. Defendant Pak's Motion to Vacate Entry of Default, set for hearing in this Court on May 12, 2016, is accordingly rendered moot and is thus taken off calendar.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 4/11/2016 _____

UNITED STATES DISTRICT COURT

By: _____
The Honorable Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen

HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
310-909-8000

1
[PROPOSED] ORDER

31644939v1 0983916

# CERTIFICATE OF SERVICE

*Eileen Brown, et al. v. Freedom West Homes, Inc., et al.*

Case No. 3:15-CV-04874-EMC

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 11601 Wilshire Blvd., Los Angeles, California 90025.

On **April 8, 2016**, I served the document(s) entitled, **[PROPOSED] ORDER SETTING ASIDE ENTRY OF DEFAULT AGAINST DEFENDANT ANASON WON PAK,** on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

## SEE ATTACHED SERVICE LIST

☒ **(BY CM/ECF SERVICE):** I caused such document(s) to be delivered electronically via CM/ECF as noted herein. All participants are registered CM/ECF users and will be served by the CM/ECF System.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on **April 8, 2016**, at Los Angeles, California.

_____
Robin Mojica

HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
310-909-8000

1
CERTIFICATE OF SERVICE

31644939v1 0983916

# SERVICE LIST

*Eileen Brown, et al. v. Freedom West Homes, Inc., et al.*

Case No. 3:15-CV-04874-EMC

| | |
|---|---|
| Jean K Hyams<br>Sharon Rachel Vinick<br>LEVY VINICK BURRELL HYAMS LLP<br>180 Grand Avenue<br>Suite 1300<br>Oakland, CA 94612<br>Phone: (510) 318-7700<br>Fax: (510) 318-7701<br>Email: jean@levyvinick.com;<br>sharon@levyvinick.com | Attorneys for Plaintiffs EILEEN BROWN, PRESTON BELTON, MICHELLE HARRIS, EVELYN JONES-MACGLAUN, ETHEL BENSON, KEISHA FINLEY, KEISHA JONES, DOROTHA GRAHAM, BARBARA KERLEGAN, CORINNE HARPER, DEENA PERKINS, LESSIE BROWN, SABRINA PARISH, ELLYN GINDEN-COOPER, TANYA TWYMAN, ZELPHIA CONNER, ANTOINETTE BLUE and LASHAWN JEFFRIES |
| Ruth L. Israely<br>Yosef Peretz<br>PERETZ AND ASSOCIATES<br>22 Battery Street<br>Suite 200<br>San Francisco, CA 94111<br>Phone: (415) 732-3777<br>Fax: (415) 732-3791<br>Email: risraely@peretzlaw.com;<br>yperetz@peretzlaw.com | Attorneys for Plaintiffs EILEEN BROWN, PRESTON BELTON, MICHELLE HARRIS, EVELYN JONES-MACGLAUN, ETHEL BENSON, KEISHA FINLEY, KEISHA JONES, DOROTHA GRAHAM, BARBARA KERLEGAN, CORINNE HARPER, DEENA PERKINS, LESSIE BROWN, SABRINA PARISH, ELLYN GINDEN-COOPER, TANYA TWYMAN, ZELPHIA CONNER, ANTOINETTE BLUE and LASHAWN JEFFRIES |
| Eamon Jafari<br>Jacob Robert Gould<br>BARRINGTON LEGAL, INC.<br>11601 Wilshire Blvd.<br>Suite 500<br>Los Angeles, CA 90025<br>Phone: 310-231-8755<br>Fax: 800-376-9719<br>Email: Jafari@BarringtonLegal.com;<br>Gould@barringtonlegal.com | Attorneys for Defendant FREEDOM WEST HOMES |

HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
310-909-8000

1
SERVICE LIST

31644939v1 0983916

| | |
|---|---|
| Jason P. Gonzalez<br>Neal James Gauger<br>Oswald B. Cousins<br>Shady Essa Joulani<br>NIXON PEABODY LLP<br>555 W. 5th Street<br>46th Floor<br>Los Angeles, CA 90013<br>Phone: 213-629-6019<br>Email: jgonzalez@nixonpeabody.com;<br>ngauger@nixonpeabody.com;<br>ocousins@nixonpeabody.com;<br>sjoulani@nixonpeabody.com | Attorneys for FREEDOM WEST HOMES and RAYMOND BROWN |
| Ann M. Asiano<br>Matthew Thomas Brand<br>Sara B. Allman<br>BRADLEY CURLEY ASIANO BARRABEE ABEL & KOWALSKI, P.C.<br>1100 Larkspur Landing Circle, Suite 200<br>Larkspur, CA 94939<br>Phone: (415) 464-8888<br>Fax: (415) 464-8887<br>Email: aasiano@professionals-law.com;<br>mbrand@professionals-law.com;<br>sara.b.allman@gmail.com | Attorneys for Defendants ALTON MANAGEMENT CORPORATION and WILLIAM HUTTON |
| Vernon C. Goins, II<br>GOINS & ASSOCIATES, A PROFESSIONAL LAW Corporation<br>1970 Broadway<br>Suite 926<br>Oakland, CA 94612<br>510-663-3700<br>Fax: 510-663-3710<br>Email: vgoins@goinslawfirm.com | Attorneys for Defendant WILLIAM HUTTON |

HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
310-909-8000

2
SERVICE LIST

31644939v1 0983916