# UNITED STATES DISTRICT COURT

Northern **District of** California

| | |
|---|---|
| Eileen Brown, et al.,<br>                              Plaintiff (s),<br>v.<br>Freedom West Homes, Inc., et al.,<br>                              Defendant (s), | **CONSENT ORDER GRANTING**<br>**SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 3:15-CV-04874 |

Notice is hereby given that, subject to approval by the court, **WILLIAM HUTTON** substitutes
(Party (s) Name)

**Ann M. Asiano**, State Bar No. **094891** as counsel of record in place
(Name of New Attorney)

place of   **Ann M. Asiano (SBN 094891); Bradley, Curley, Asiano, Barrabee, Kowalski, Marchi & King, P.C.**   .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:     Morris, Polich & Purdy, LLP
Address:       One Embarcadero Center, Suite 400
Telephone:     (415) 984-8500          Facsimile  (415) 984-8599
E-Mail (Optional):  aasiano@mpplaw.com

I consent to the above substitution.                                         William Hutton

Date:  May 24, 2016                                                          /s/ William Hutton
                                                                             (Signature of Party (s))

I consent to being substituted.                                              Ann M. Asiano

Date:  May 24, 2016                                                          /s/ Ann M. Asiano
                                                                             (Signature of Former Attorney (s))

I consent to the above substitution.

Date:  May 24, 2016                                                          /s/ Ann M. Asiano
                                                                             (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

       June 15, 2016
Date:  _____                                                       IT IS SO ORDERED
                                                                             Judge Edward M. Chen

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]