# UNITED STATES DISTRICT COURT

Northern **District of** California

| | |
|---|---|
| Eileen Brown, et al., | **CONSENT ORDER GRANTING** |
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| v. | |
| Freedom West Homes, Inc., et al., | CASE NUMBER: 3:15-CV-04874 |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, __ALTON MANAGEMENT CORPORATION__ substitutes
(Party (s) Name)

__Ann M. Asiano__, State Bar No. __094891__ as counsel of record in place
(Name of New Attorney)

place of __Ann M. Asiano (SBN 094891); Bradley, Curley, Asiano, Barrabee, Kowalski, Marchi & King, P.C.__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Morris, Polich & Purdy, LLP |
| Address: | One Embarcadero Center, Suite 400 |
| Telephone: | (415) 984-8500    Facsimile (415) 984-8599 |
| E-Mail (Optional): | aasiano@mpplaw.com |

I consent to the above substitution.                                         Alton Management Corporation

Date:  May 24, 2016                                                          /s/ Alfred Reynolds
                                                                             (Signature of Party (s))

I consent to being substituted.                                              Ann M. Asiano

Date:  May 24, 2016                                                          /s/ Ann M. Asiano
                                                                             (Signature of Former Attorney (s))

I consent to the above substitution.

Date:  May 24, 2016                                                          /s/ Ann M. Asiano
                                                                             (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  June 15, 2016

IT IS SO ORDERED
Judge Edward M. Chen

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**