DAVID I. DALBY (SBN 114750)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:    415-362-6000
Facsimile:    415-834-9070

Attorneys for Defendant
ANASON WON PAK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EILEEN BROWN; PRENTISS BELTON; MICHELLE HARRIS; EVELYN JONES-MACGLAUN; ETHEL BENSON; KEISHA FINLEY; KEISHA JONES; DOROTHA GRAHAM; BARBARA KERLEGAN; CORINNE HARPER; DEENA PERKING; LESSIE BROWN; SABRINA PARISH; ELLYN GINDEN-COOPER; TANYA TWYMAN; ZELPHIA CONNER; ANTOINETTE BLUE; and LAWSHAWN JEFFRIES,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>FREEDOM WEST HOMES, INC.; ALTON MANAGEMENT CORPORATION; WILLIAM HUTTON; RAYMOND BROWN; ANASON WON PAK; and DOES 1 – 50,<br><br>                    Defendants. | Case No.  15-CV-04874-EMC<br><br>**STIPULATION BY DEFENDANT ANASON W. PAK AND PLAINTIFFS THAT PAK'S ANSWER TO THE FIRST AMENDED COMPLAINT BE DEEMED PAK'S ANSWER TO THE SECOND AMENDED COMPLAINT; [PROPOSED] ORDER**<br><br>Complaint Filed:  October 22, 2015 |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Whereas, defendant Anason W. Pak filed an answer to plaintiffs' first amended complaint on May 6, 2016;

Whereas, plaintiffs filed a second amended complaint on July 21, 2016 that is 49 pages long and contains 421 paragraphs;

1

1   Now therefore, by and through their respective attorneys of record, defendant Anason W. Pak
2   and plaintiffs hereby stipulate that Pak's answer to plaintiffs' first amended complaint is deemed
3   Pak's answer to plaintiffs' second amended complaint; Pak incorporates by this reference his denial
4   of the plaintiffs' allegations and his affirmative defenses asserted in his answer to the first amended
5   complaint and Pak denies the allegations of the second amendment complaint.

6   IT IS SO STIPULATED

8   DATED: August 3, 2016          HINSHAW & CULBERTSON LLP

10                                 /s/ *David I. Dalby*
                                   DAVID I. DALBY
11                                 Attorneys for Defendant
                                   ANASON WON PAK

13  DATED: August 3, 2016          PERETZ & ASSOCIATES

15                                 /s/ *Yosef Peretz*
                                   YOSEF PERETZ
                                   Attorneys for Plaintiffs
16                                 EILEEN BROWN; PRENTISS BELTON; MICHELLE
                                   HARRIS; EVELYN JONES-MACGLAUN; ETHEL
17                                 BENSON; KEISHA FINLEY; KEISHA JONES;
                                   DOROTHA GRAHAM; BARBARA KERLEGAN;
18                                 CORINNE HARPER; DEENA PERKING; LESSIE
                                   BROWN; SABRINA PARISH; ELLYN GINDEN-
19                                 COOPER; TANYA TWYMAN; ZELPHIA CONNER;
                                   ANTOINETTE BLUE; AND LAWSHAWN JEFFRIES

21  PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.

22  DATED: August 4, 2016

*IT IS SO ORDERED*
Judge Edward M. Chen