Yosef Peretz (SBN 209288)
yperetz@peretzlaw.com
Ruth L. Israely (SBN 289586)
risraely@peretzlaw.com
PERETZ & ASSOCIATES
22 Battery Street, Suite 200
San Francisco, CA 94111
Telephone: (415) 732-3777
Facsimile: (415) 732-3791

Jean Hyams (SBN 144425)
jean@levyvinick.com
Sharon Vinick (SBN 129914)
sharon@levyvinick.com
LEVY VINICK BURRELL HYAMS LLP
180 Grand Avenue, Suite 1300
Oakland, CA 94612
Telephone: (510) 318-7700
Facsimile: (510) 318-7701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EILIEEN BROWN, *et al.* <br><br> Plaintiffs, <br><br> vs. <br><br> FREEDOM WEST HOMES, INC., *et al.* <br><br> Defendants. | Case No. 3:15-cv-04874-EMC <br><br> **STIPULATION AND [PR~~OPOS~~ED] ORDER REGARDING DISCOVERY** |

//

//

Plaintiffs EILEEN BROWN, PRENTISS BELTON, MICHELLE HARRIS, EVELYN JONES-MACGLAUN, ETHEL BENSON, KEISHA FINLEY, KEISHA JONES, DOROTHA GRAHAM, BARBARA KERLEGAN, CORINNE HARPER, DEENA PERKINS, LESSIE BROWN, SABRINA PARISH, ELLYN GINDEN-COOPER, TANYA TWYMAN, ZELPHIA CONNOR, ANTOINETTE BLUE and LASHAWN JEFFRIES (collectively, "Plaintiffs"), and Defendant FREEDOM WEST HOMES ("FWH"), ALTON MANAGEMENT CORPORATION ("Alton"), WILLIAM HUTTON ("Hutton"), RAYMOND BROWN ("R. Brown") and ANASON WON PAK ("Pak") (Plaintiffs, Alton, Hutton, R. Brown, Pak and FWH are referred to collectively as the "Parties") through their respective counsel of record, hereby stipulate as follows:

WHEREAS the Trial date in this matter remains November 5, 2018;

WHEREAS the Parties have worked collaboratively to create a mutually agreeable deposition schedule in this case that accommodated the schedules of counsel as well as the unusually numerous Plaintiffs, Defendants, and witnesses;

WHEREAS Parties, witnesses, and counsel for the Parties have had numerous conflicts including trial schedules in other cases that have not permitted the depositions to take place prior to the close of discovery set for May 26, 2018;

The Parties have agreed that, subject to the court's entry of an order pursuant to this stipulation, the remaining plaintiffs' depositions shall be taken prior to the date set for mediation, June 14, 2018, and the date for the close of non-expert discovery shall be modified such that non-expert discovery shall close on June 22, 2018. All other dates set by the court remain unchanged.

//
//
//
//

| | | |
|---|---|---|
| Dated: June 5, 2018 | | PERETZ & ASSOCIATES |

By: (-) *Yosef Peretz*
Yosef Peretz
Attorneys for Plaintiffs

Dated: June 5, 2018
CLARK HILL LLP,

By: (-) *Sara B. Allman*
Sara B. Allman
Attorneys for Defendants
ALTON MANAGEMENT CO. and
WILLIAM HUTTON

Dated: June 5, 2018        NIXON PEABODY

By: (-) *Neal P. Gauger*
Neal P. Gauger
Attorneys for Defendants
RAYMOND BROWN and
FREEDOM WEST HOMES, INC.

Dated: June 5, 2018        HINSHAW & CULBERTSON LLP

By: (-) *David Ian Dalby*
David Ian Dalby
Attorneys for Defendant
ANASON WON PAK

I attest that concurrence in the filing of the document has been obtained from the above signatories.

Dated: June 5, 2018        PERETZ & ASSOCIATES

By: (-) *Yosef Peretz*
Yosef Peretz
Attorneys for Plaintiffs

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, and good cause appearing therefore, the Court hereby orders that the remaining plaintiffs' depositions shall be taken prior to the date set for mediation, June 14, 2018, and the date for the close of non-expert discovery shall be modified such that non-expert discovery shall close on June 22, 2018. All other dates set by the Court remain unchanged.

**IT IS SO ORDERED.**

Dated: 6/7/2018



By: _____
EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE