UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EILEEN BROWN, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>FREEDOM WEST HOMES, INC., et al.,<br>　　　　Defendants. | Case No. 15-cv-04874-EMC<br><br>**ORDER DENYING PLAINTIFFS' REQUEST TO COMPEL THIRD-PARTY DISCOVERY**<br><br>Docket No. 149 |

　　　　Plaintiffs contend that third-party Kalco Properties Inc. and two of its employees did not comply with subpoenas to give deposition testimony and produce documents on June 5 and 6, 2018. Plaintiffs' letter omits that the subpoenas were served on June 1, 2018, a Friday. A single full business day before a subpoena compliance date is not "a reasonable time to comply." Fed. R. Civ. P. 45(d)(3)(A)(i); *see also Gordon v. Sonar Capital Mgmt., LLC*, Case No. C 15-80080 LB, 2015 WL 1227848, at *1 (N.D. Cal. Mar. 15, 2015) ("[C]ourts generally have found that fewer than ten days is not reasonable."). One business day was not reasonable in light of the need to designate and prepare a Rule 30(b)(6) witness and review requests for 28 categories of documents, let alone search for and produce them.

　　　　This order disposes of Docket No. 149.

　　　　**IT IS SO ORDERED**.

Dated: June 27, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge