UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EILEEN BROWN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>FREEDOM WEST HOMES, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-04874-EMC<br><br>**ORDER RE STIPULATION REGARDING GOOD FAITH SETTLEMENTS**<br><br>Docket No. 159 |

The parties have filed a stipulation seeking a determination from the Court that the two settlement agreements between the parties were entered into in good faith for the purposes of California Code of Civil Procedure § 877 and § 877.6. *See* Docket No. 159.

Plaintiffs and Defendants are hereby ordered to separately file declarations stating whether they are aware of any joint tortfeasor, co-obligor, or other party not covered by the stipulation that may have claims arising out of this litigation. The declarations shall be filed within one week of this Order.

    **IT IS SO ORDERED**.

Dated: September 24, 2018

                                                       EDWARD M. CHEN<br>
                                                     United States District Judge