UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EILEEN BROWN, et al.,<br>Plaintiffs,<br>v.<br>FREEDOM WEST HOMES, INC., et al.,<br>Defendants. | Case No. 15-cv-04874-EMC<br><br>**ORDER FOR SUPPLEMENTAL SUBMISSION RE STIPULATION REGARDING GOOD FAITH SETTLEMENTS**<br><br>Docket No. 159 |

The parties have filed a stipulation seeking a determination from the Court that the two settlement agreements between the parties were entered into in good faith for the purposes of California Code of Civil Procedure § 877 and § 877.6. *See* Docket No. 159. Defendants Alton Management Corporation and William Hutton have filed the settlement agreement they reached with Plaintiffs together with an explanation as to why the agreement was entered into in good faith. *See* Docket No. 158. However, counsel for Alton Management and Mr. Hutton has stated that "it is possible that future claims for equitable contribution and/or indemnity based on comparative negligence or fault may be brought by third parties" against Defendants in this case. Docket No. 166 ¶ 3.

In light of this concern, Defendants Freedom West Homes, Raymond Brown, and Anason Pak are hereby ordered to file with the Court the settlement agreement they reached with Plaintiffs. The same Defendants are additionally ordered to submit jointly with Plaintiffs a brief explanation, not to exceed 4 pages, why their settlement agreement satisfies the requirements of California Code of Civil Procedure § 877 and § 877.6 and the factors set forth in *Tech-Bilt, Inc. v. Woodward-Clyde & Assocs.*, 38 Cal. 3d 488 (1985).

The settlement agreement and accompanying explanation shall be filed by October 19, 2018, and may be filed under seal.

**IT IS SO ORDERED**.

Dated: October 17, 2018

_____
EDWARD M. CHEN
United States District Judge